UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR M. ESTRADA CERVANTES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:26-cv-0697 DAD AC<br><br><br>ORDER |

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. However, petitioner already has a pending petition challenging his present confinement on substantially similar grounds. See Estrada Cervantes v. Warden of the Golden State Annex Detention Facility, No. 1:26-cv-0640 KES CDB (E.D. Cal.). Accordingly, IT IS HEREBY ORDERED that the instant petition is deemed an attempt to supplement the petition in Estrada Cervantes v. Warden of the Golden State Annex Detention Facility, No. 1:26-cv-0640 KES CDB. The briefing schedule (ECF No. 5) is VACATED. The Clerk of the Court shall file the petition in this case in Estrada Cervantes v. Warden of the Golden State Annex Detention Facility, No. 1:26-cv-0640 KES CDB and close this case.

DATED: February 3, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1